WOLF *v.* THE WESTERN UNION TELEGRAPH COMPANY.

Where, in transferring a telegraphic message from the instrument to paper for delivery to the sender, the operator by mistake substituted for the surname of the sender the surname of another person, this was a mere error in transmission; and under the principle decided in *Western Union Telegraph Company* v. *Rountree*, 92 *Ga.* 611, 18 S. E. Rep. 979, the company was not, merely because of this error, liable for the penalty prescribed by the act of 1887. April 9, 1894.   Argued at the last term.          *Judgment affirmed.*

Action for penalty.   Before Judge BUTT.   Marion superior court.   April term, 1893.

The message was: "Can you look at clothing samples Thursday or Friday? Abe E. Wolf." It was correctly transmitted from Savannah to Columbus. At the Columbus office the name of "Abe E. Wolf" was changed to "Abe Ellis" by mistake of the operator. As thus changed the message was transmitted and promptly delivered to the sendee at Buena Vista. There is a man named Abe Ellis in Columbus, who sends many messages over defendant's wires.

J. H. LUMPKIN, for plaintiff.

GUSTIN, GUERRY & HALL, for defendant.